OPINION — AG — UNDER THE CIRCUMSTANCES YOU DESCRIBE IN QUESTION(1), THE MAUDE SCHOOL BOARD MAY USE THE CITIZEN'S NATIONAL BANK AS ITS OFFICIAL DEPOSITORY, AND UNDER QUESTION(2) THE SCHOOL BOARD MAY MAKE CONTRACT OF PURCHASE WITH, HONOR THE CLAIM OF, AND MAKE PAYMENTS TO THE FURNITURE STORE OWNED BY BOARD MEMBER'S FATHER. CITE: OPINION NO. MARCH 23, 1956 — BEN P. CHOCATE, 70 O.S. 1961, 4-29 [70-4-29] (W. J. MONROE)